DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SENECA L. EDWARDS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0974

[June 25, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502005CF001381AXXXMB.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jeanine M. Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Placide v. State*, 189 So. 3d 810, 813 (Fla. 4th DCA 2015).

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***